**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00410-CV

**CITY OF GRAND PRAIRIE, TEXAS, Appellant**

**V.**

**TOMMY WINN, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08305-J**

## ORDER

We **GRANT** appellant's August 8, 2014 unopposed third motion for an extension of time to file either its appellate brief or motion to dismiss the appeal. Appellant shall file either its brief or a motion to dismiss **on or before MONDAY SEPTEMBER 8, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.


/s/     ADA BROWN
        JUSTICE